# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | OR23 |
| Violation Number | FBJZ0018 |
| Officer Name | Tomasch |
| Officer No. | 2375 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

FBJZ0018

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 08/21/2021 15:39 |
| Offense Charged | FED 36 CFR 261.58M |
| Place of Offense | NFSR 3626105 |

Offense Description: Factual Basis for Charge
DISCHARGING A FIREARM

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| BRITTON | JASON | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

VIN: 4S4BP67C35432329    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
|  | WA | 2005 | SUBA/ | ☐ | SIL |

A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 250.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 280.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FBJZ0018

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  08/21/2021  while exercising my duties as a law enforcement officer in the _____ District of _____ OR _____

Pursuant to 16USC 551: 36 CFR 261.58(M) I state that on 08/21/2021 at approximately 3:35 PM, while exercising my duties as a Law Enforcement Officer in the District of Oregon, Mt. Hood National Forest, in full uniform and in a marked patrol vehicle, I heard gunshots coming from the south east through the forest while making a contact on NFSR 2609. I located a vehicle about a half mile away on NFSR 3626105 spur and contacted a male and female and introduced myself as Forest Service Law Enforcement. I asked them if they had been shooting and they affirmed. I then educated them that lands inside the Mt. Hood National Forest were restricted by forest order against target shooting. I further educated them that they needed to know and adhere to the rules and regulations of the lands on which they choose to recreate. The male claimed to own the pistol and said he was shooting. I asked for his identification which he provided. Jason BRITTON provided his state issued driver's license and he returned clear/valid when I ran him through Clackamas County Sheriff's Office Dispatch. I issued Mr. BRITTON a violation notice pursuant to 36 CFR 261.58(M) for discharging a firearm prohibited by Forest Order. The Forest Order Number is 06-06-06-00-21-04. The closure order is posted on the Mt. Hood National Forest web page.

The foregoing statement is based upon:

☒ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  08/21/2021                    *Adam Tomasch*
               Date (mm/dd/yyyy)            Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date (mm/dd/yyyy)            U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident